**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7602

DAVID BONIELLA,

Petitioner - Appellant,

versus

B. A. BLEDSOE, Warden, Federal Correctional
Institution, Morgantown, WV,

Respondent - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  William M. Kidd, Senior
District Judge.  (CA-98-140-1)

Submitted:  January 7, 1999          Decided:  January 20, 1999

Before WIDENER, MURNAGHAN, and ERVIN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Boniella, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Boniella appeals the district court's order dismissing without predjudice his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Boniella v. Bledsoe</u>, No. CA-98-140-1 (N.D.W. Va. Oct. 20, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2